IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REUNION INDUSTRIES, INC., | ) |
| | ) Civil Action No. 07-1337 |
| Plaintiff, | ) |
| | ) Hon. Terrence M. McVerry |
| vs. | ) |
| | ) Magistrate Judge Francis X. Caiazza |
| STEEL PARTNERS II, L.P., STEEL PARTNERS LLC, WEBFINANCIAL CORPORATION and LC CAPITAL MASTER FUND, LTD., | ) |
| | ) |
| Defendants. | ) |

## ORDER

AND NOW, to-wit, this 13th day of November, 2007, the Parties' Stipulation is hereby approved, and the case is remanded to the Court of Common Pleas of Allegheny County.

s/ Terrence F. McVerry
Terrence M. McVerry
United States District Court Judge